UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20425-JLK

LORENZA MICHAEL MIZELL and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff(s),

vs.

MG 19501 BISCAYNE, LLC,
A Foreign Limited Liability Company,

    Defendant.
_____/

## FINAL JUDGMENT

Final Judgment is entered in favor of Plaintiff, Lorenza Michael Mizell ("Plaintiff"), and against Defendant, MG 19501 Biscayne, LLC, a Foreign Limited Liability Company ("Defendant"), in the form of a declaratory judgment, and for Plaintiff's unpaid wages plus an additional equal amount as liquidated damages in the total amount of Seventy One Thousand Two Hundred Seventy Three and Fifty Cents ($71,273.50), plus interest at the statutory rate of 6.83% per annum from the date of this Final Judgment, for which sum let execution issue forthwith.

Defendant shall complete under oath Fla. R. Civ. P. Form 1.977 (Fact Information Sheet), including providing all required attachments, and serve it upon Plaintiff's counsel within 45 days from the date of this Final Judgment, and the Court shall retain jurisdiction to compel Defendant to complete Form 1.977 with attachments and serve it on Plaintiff's counsel.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 10 day of March 2020.

JAMES LAWRENCE KING
United States District Court Judge